ERASTUS W. SEAMAN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Seaman* v. *City of New York*, 176 App. Div. 608, affirmed.

(Submitted June 4, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 17, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was for an injunction and damages, and to restrain the defendant from casting untreated sewage into Paerdegat basin in Jamaica bay in such quantities and in such an untreated condition that it contaminated and befouled plaintiff's premises and the portions thereof used in his business of oyster culture, and polluted the water of the bay, and especially of Indian creek, upon which his premises are situated, with human fecal matter and house sewage, to such an extent that it was totally unfit for use in the cultivation and storage of oysters and had resulted in the condemnation of these waters for that purpose by the board of health, and in great loss and damage to plaintiff's business and to the usable value of his premises for that purpose.

*Ralph G. Barclay* for appellant.

*William P. Burr*, Corporation Counsel (*William B. Carswell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.